FILED ___ RECEIVED
___ ENTERED ___ SERVED
COUNSEL/PARTIES OF RECORD

AUG 10 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RANDY GRAHAM, )<br>)<br>Defendant. ) | 2:11-CR-259-RCJ (CWH) |

### FINAL ORDER OF FORFEITURE

On March 14, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant RANDY GRAHAM to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to the in Plea Memorandum, and shown by the United States to have the requisite nexus to the offense to which defendant RANDY GRAHAM pled guilty. Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No.27; Plea Memorandum, ECF No. 29; Preliminary Order of Forfeiture, ECF No. 30.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 16, 2012, through April 14, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 31.

. . .

This Court finds no petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1) one Hi Point, Model CF 380, semi-automatic handgun, serial # P889930; and

2) any and all ammunition.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 10TH day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE